**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**JOHN WELLS ET AL**                          **CASE NO.  2:26-CV-00382**

**VERSUS**                                    **JUDGE JAMES D. CAIN, JR.**

**ESSENTIA INSURANCE CO**                     **MAGISTRATE JUDGE LEBLANC**

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Summary Judgment Re: Essentia Insurance Company's Policy Provides Uninsured/Underinsured Coverage for Plaintiffs (Doc. 9) is **DENIED,** and Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion for Summary Judgment" (Doc. 13) is **GRANTED**, dismissing Plaintiff's claims with prejudice.

**THUS DONE AND SIGNED** in chambers on this 17th day of July, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**